**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

In re:
**TERESA ANNETTE PARKER,**     Chapter 13
    **Debtor.**     Case No. 17-60520

**ORDER AND NOTICE**
**THAT TERESA ANNETTE PARKER SHALL APPEAR AT HEARING**
**TO BE HELD APRIL 18, 2017**

Teresa Annette Parker filed a voluntary chapter 13 petition on March 17, 2017. ECF Doc. No. 1. Ms. Parker's petition contained only Official Form 101 (Voluntary Petition for Individuals Filing for Bankruptcy). Ms. Parker did not pay the filing fee. **The Court shall hold a hearing on April 18, 2017, in U.S. Courthouse, Room 210, 1101 Court Street, Lynchburg, VA 24504 at 9:30 a.m.** to address the failure to pay the filing and to address her filing deficiencies as more fully described below. The Court shall consider whether to impose a bar on refiling on the debtor based on her filing history.

**Remaining Required Documents**

In order to proceed through the bankruptcy process, debtors must complete and file particular documents with the Court. Currently, the Court's docket reflects that Ms. Parker has not filed the following required documents for her chapter 13 case:

1. Schedules of Assets and Liabilities, which include:

    a. Schedule A/B: Property (Official Form 106 A/B)

    b. Schedule C: The Property You Claim as Exempt (Official Form 106C)

    c. Schedule D: Creditors Who Have Claims Secured by Your Property (Off. Form 106D)

    d. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)

    e. Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)

    f. Schedule H: Your Codebtors (Official Form 106H)

    g. Schedule I: Your Income (Official Form 106I)

    h. Schedule J: Your Expenses (Official Form 106J)

    i. Summary and Certain Statistical Information (Official Form 106Sum)

      j. Declaration About an Individual Debtor's Schedules (Official Form 106Dec).

4. Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107).

5. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1).

6. Chapter 13 Plan

Because the items listed above have not yet been filed, the Court issued a deficiency order on March 20, 2017, instructing Ms. Parker to file these items (or request a hearing) no later than March 31, 2017.  ECF Doc. No. 7.

### Filing Fee and Motion to Pay the Filing Fee in Installments

The filing fee in this case not yet been paid.  Ms. Parker previously filed a chapter 13 case on May 20, 2013, case number 13-61090.  Ms. Parker did not pay the filing fee in that case before it was dismissed on June 4, 2013.  The case filed in May 2013 was dismissed for failure to file required documents.

Ms. Parker filed another chapter 13 case on September 30, 2016, case number 16-61973. Ms. Parker did not pay the entire filing fee in that case before it was dismissed on October 21, 2016.  The debtor still owes $207 for the filing fee for that case.  The Court's dismissal order directed "that any new petition in this Court filed by Teresa Annette Parker is further conditioned upon the payment of all outstanding filing fees owed to this Court as of the date of the filing of any new petition."  The outstanding fees have not been paid.  Accordingly, the Court shall hold a hearing on the outstanding fees and whether this case should be dismissed based on the failure to comply with the dismissal order in the previous case.

Accordingly, Ms. Parker is hereby **NOTICED** that **the Court shall hold a hearing on April 18, 2017, in U.S. Courthouse, Room 210, 1101 Court Street, Lynchburg, VA 24504 at 9:30 a.m.** to consider if the case should be dismissed.  It is further

**O R D E R E D**

2

That **Teresa Anette Parker shall appear at the hearing to be held on April 18, 2017, in U.S. Courthouse, Room 210, 1101 Court Street, Lynchburg, VA 24504 at 9:30 a.m. and shall explain to the Court why her case should not be dismissed. At the hearing, the Court will take appropriate action, which may include dismissing the case either for failure to pay the filing fee or for failure to file all the required documents. The Court will also consider whether to impose a bar on refiling in this Court on Ms. Parker for a period of 180 days.**

Copies of this order are directed to be sent to debtor, Teresa Annette Parker, 2183 McGhee Street, Bedford, VA 24523; and the trustee, Herbert L. Beskin, P.O. Box 2103, Charlottesville, VA 22902.

**Entered: March 22, 2017**

/s/ Rebecca B. Connelly
Rebecca B. Connelly
U.S. Bankruptcy Judge

3

```
                              United States Bankruptcy Court
                               Western District of Virginia
In re:                                                                           Case No. 17-60520-rbc
Teresa Annette Parker                                                            Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0423-6           User: jamesc                Page 1 of 1                  Date Rcvd: Mar 22, 2017
                               Form ID: pdf003             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db             +Teresa Annette Parker,    2183 McGhee Street,    Bedford, VA 24523-4433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                            TOTAL: 1
```